# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-03516 / 1127134085

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-01515-RTBP |
| Franklin Garfield Brown and Cathy Elmira Brown | Chapter 13 |
| | NOTICE OF LODGING ORDER |
| Debtors. | |

Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 4th day of May, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.
BY   /s/ MSB # 010167
   Mark S. Bosco
   Leonard J. McDonald
   Attorneys for Movant

Copy of the foregoing was
mailed this 4th day of May, 2009

Franklin Garfield Brown and Cathy Elmira Brown
439 N. Shonto Trail
Flagstaff, AZ  86001
Debtors

Carson Thomas Harrington Emmons
123 N. San Francisco St.
Ste. 300
Flagstaff, AZ  86001
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

By: <u>Cheryl Chavez</u>

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-03516/1127134085

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-01515-RTBP |
| Franklin Garfield Brown and Cathy Elmira Brown Debtors. | Chapter 13 |
| _____ | ORDER |
| Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns. | (Related to Docket #17) |
| Movant, | |
| vs. | |
| Franklin Garfield Brown and Cathy Elmira Brown, Debtors, Edward J. Maney, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated November 16, 2006 and recorded in the office of

the Coconino County Recorder wherein Mortgage Electronic Registration Systems, Inc., solely as

nominee for America's Servicing Company its successors and/or assigns. is the current beneficiary and

Franklin Garfield Brown and Cathy Elmira Brown have an interest in, further described as:

Parcel 1:
Lot 439, of KACHINA VILLAGE NO. 8, as shown on the plat thereof, recorded in Case 2, Maps 214 an 214A, records of Coconino County, Arizona.

Parcel 2:
A portion of Lot 440, KACHINA VILLAGE NO. 8, as shown on the plat thereof, recorded in Case 2, Maps 214A, records of Coconino County, Arizona.

Beginning from the Northwest corner of said Lot 440;

Thence South 39 Degrees 20 Minutes 16 Seconds West, a distance of 131.69 feet; to the Southwest Corner of said Lot 440;

Thence North 42 Degrees 15 Minutes 04 Seconds East, a distance of, 131.78 feet to the South Right-of-Way of SHONTO TRAIL;

Thence through a non-tangent curve with an arc length of 6.70 feet, a radius of 60.00 feet, a chord length of 6.70 feet and chord bearing of North 49 Degrees 57 Minutes 15 Seconds West, back to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written

correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement

with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against

Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to

which the Debtor may convert.

DATED this ____day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT