**SO ORDERED.**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: October 02, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-09285/151376455

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Franklin Garfield Brown and Cathy Elmira Brown<br>        Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>        Movant,<br>  vs.<br>Franklin Garfield Brown and Cathy Elmira Brown, Debtors; Edward J. Maney, Trustee.<br>        Respondents. | No. 2:09-bk-01515-RTBP<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #20) |

      This matter having come before the Court for a Preliminary Hearing on September 28, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Carson Thomas Harrington Emmons, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated October 6, 2006, and recorded on October 12, 2006 in Instrument No. 2006-0695653, in the office of the San Bernardino County Recorder at wherein BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Franklin Garfield Brown and Cathy Elmira Brown have an interest in, further described as:

The land referred herein is situated in the County of San Bernardino, State of California, and is described as follows: Lot 20 of Tract No. 3742, in the City of San Bernardino, County of San Bernardino, State of California, as per Map recorded in Book 49 of Maps, page 35, in the office of the County Recorder of said County.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT